164 A.3d 392

SAMIRAH MCDANIEL AND DOLORES GILMORE, PLAINTIFFS-RESPONDENTS, v. ADVANCED PAIN MANAGEMENT SPECIALISTS, P.C., AND AMGAD HESSEIN, DEFENDANTS, AND ASHRAF SAMI, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006006–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 393

MARY HARZ, PLAINTIFF-RESPONDENT, v. BOROUGH OF SPRING LAKE, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, AND PHILIP KAVANAUGH, DEFENDANTS-PETITIONERS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005133–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.